IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-2306-AP

JACKIE PONIKVAR,

        Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:
Joseph A. Whitcomb, Esq.
Rocky Mountain Disability Law Group
1391 Speer Blvd., Suite 705
Denver, CO 80204
Telephone: (303) 534-1954
Fax:    (303) 534-1949
joe@RMDLG.com

For Defendant:
JOHN F. WALSH
United States Attorney
District of Colorado

J. BENEDICT GARCÍA
Assistant United States Attorney
J.B.Garcia@usdoj.gov

DAVID BLOWER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
Telephone(303) 844-1571
david.blower@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

      A.     **Date Complaint Was Filed:** August 29, 2012

      B.     **Date Complaint Was Served on U.S. Attorney's Office:** August 30, 2012

      C.     **Date Answer and Administrative Record Were Filed:** October 29, 2012

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.     OTHER MATTERS**

      There are no other matters anticipated.

**8.   BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

   A.   **Plaintiff's Opening Brief Due:** December 31, 2012

   B.   **Defendant's Response Brief Due:** January 30, 2013

   C.   **Plaintiff's Reply Brief (If Any) Due:** February 14, 2013

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

   A.   **Plaintiff's Statement:**  Plaintiff does not request oral argument.

   B.   **Defendant's Statement:**  Defendant does not request oral argument

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.   OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 8th day of November, 2012.

                                                    BY THE COURT:

                                                    *s/John L. Kane*
                                                    U.S. DISTRICT COURT JUDGE

APPROVED:

| s/ Joseph Whitcomb<br>Joseph A. Whitcomb, Esq.<br>Rocky Mountain Disability Law Group<br>1391 Speer Blvd., Suite 705<br>Denver, CO 80204<br>Telephone: (303) 534-1954<br>Fax: (303) 534-1949<br>joe@RMDLG.com<br>Attorney for Plaintiff | JOHN F. WALSH<br>United States Attorney<br>District of Colorado<br><br>J. BENEDICT GARCÍA<br>Assistant United States Attorney<br>J.B.Garcia@usdoj.gov<br><br>By:  s/David Blower<br>David Blower<br>Special Assistant United States Attorney<br>1001 Seventeenth Street<br>Denver, Colorado  80202<br>Telephone (303) 844-1571<br>david.blower@ssa.gov<br>Attorneys for Defendant. |