**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No.  12-cv-02306-WJM

JACKIE PONIKVAR,

> Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of the Social Security Administration,

> Defendant.

---

### FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order

Reversing Administrative Law Judge's Decision And Remanding To The Commissioner,

entered by the Honorable William J. Martínez, United States District Judge, on August

19, 2013,

IT IS ORDERED that the Commissioner's decision is REVERSED and this case

is REMANDED to the Commissioner for rehearing.


Dated at Denver, Colorado this ____19th_____ day of August, 2013.


BY THE COURT:
JEFFREY P. COLWELL, CLERK

By: s. Edward P. Butler_____
Edward P. Butler, Deputy Clerk